%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __II__   Investigating Agency __DEA__

City __Boston__

County __Suffolk__        **Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __21-6302-MPK__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Nathalie Sanchez-Silva__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) URB Villa Prades, 615 Calle Francisco Blasini, San Juan, PR 00924__

Birth date (Yr only): __1996__   SSN (last4#): _____   Sex __F__   Race: __Hispanic__   Nationality: __U.S.__

**Defense Counsel if known:** __Sandra Gant__   Address __Federal Defender Office__

**Bar Number** __N/A__         __PO Box 51268 B__
                                __Boston, MA 02205__

**U.S. Attorney Information:**

AUSA __K. Nathaniel Yeager__   Bar Number if applicable _____

Interpreter: ☑ Yes  ☐ No   List language and/or dialect: __Spanish__

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** __05/13/2021__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release   Ordered by: __MPK__   on __05/13/2021__

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/14/2021__   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21USC841(a)(1)(b)(1)(A)(ii) | Possession with Intent to Distribute 5 Kilograms or More of Cocaine; Aiding and Abetting | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____